No. 72–259. ALOGDELIS *v.* BROOKLYN COLLEGE OF THE CITY UNIVERSITY OF NEW YORK ET AL. App. Div., Sup. Ct. N. Y., 2d Jud. Dept. Certiorari denied.

No. 72–261. MILLER *v.* UNITED STATES; and

No. 72–5292. PINEDA ET AL. *v.* UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 72–262. O'BRIEN *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied.

No. 72–263. AIKIN, AKA AKIN, ET AL. *v.* UNITED STATES. C. A. 8th Cir. Certiorari denied.

No. 72–265. PENNSYLVANIA *v.* COHEN. Super. Ct. Pa. Certiorari denied.

No. 72–268. SCHOTT *v.* CITY OF KINGMAN. C. A. 9th Cir. Certiorari denied.

No. 72–277. FORTENBERRY *v.* NEW YORK LIFE INSURANCE CO. C. A. 6th Cir. Certiorari denied.

No. 72–278. CRAVENS ET AL. *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 72–280. MOJAR *v.* SIGNORELLI ET UX. Super. Ct. N. J. Certiorari denied.

No. 72–281. LAWRENCE CHRYSLER PLYMOUTH, INC. *v.* CHRYSLER CORP. ET AL. C. A. 7th Cir. Certiorari denied.

No. 72–282. BOARD OF EDUCATION OF THE CITY OF BESSEMER, ALABAMA, ET AL. *v.* BROWN ET AL. C. A. 5th Cir. Certiorari denied.